IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Shapiro individually and on behalf of others similar situated,<br><br>Plaintiff,<br><br>vs.<br><br>Matrixx Initiatives, Inc., et al.,<br><br>Defendants. | No. CV 09-1479-PHX-ROS<br><br>**ORDER** |

**ORDER** - The Electronic Case Filing Administrative Policies and Procedures Manual promulgated in accordance with Local Rule 5.5 sets forth the requirements for proposed orders: "[F]ollowing the filing of the motion or stipulation, a proposed order in WordPerfect or MS Word format and pdf version of the motion or stipulation must be sent to the court in a separate, non-ECF generated e-mail message addressed to the appropriate chambers." Manual(II)(G)(1)(a). Counsel did not comply in their "Motion for Appointment . . ." (Doc. 24) with these requirements. Therefore, the motion is **DENIED.**

**IT IS FURTHER ORDERED** Counsel may refile their Motion within 24 business hours for renewed consideration.

DATED this 17th day of September, 2009.

Roslyn O. Silver
United States District Judge